

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### AP-75,926

### EX PARTE JOE PHILLIP MAESTAS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W-24750-02-D IN THE 320TH DISTRICT COURT FROM POTTER COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of unauthorized use of a motor vehicle and sentenced to twenty-five years' imprisonment after Applicant was found to be a habitual offender.

Applicant contends that he is being denied credit for time spent on parole prior to revocation. The trial court has entered findings that Applicant is not entitled to credit for time he was out of custody on parole because he did not meet the midpoint of his time left to serve before

his parole violator warrant in this cause was issued. However, the affidavit from the the Texas Department of Criminal Justice, Parole Division shows that Applicant was confined for the period August 18, 1998, to August 23, 1999, after he was arrested on a parole violator warrant in this cause, and the affidavit from the Texas Department of Criminal Justice, Criminal Institutions Division, shows that Applicant has not received credit for that period. Applicant is entitled to relief. *Ex parte Price*, 922 S.W.2d 957 (Tex.Crim.App. 1996).

Relief is granted in part. The Texas Department of Criminal Justice, Correctional Institutions Division, shall credit the sentence in cause number 24750-D in the 320th Judicial District Court of Potter County for an additional 370 days. All other requested relief is denied.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice, Correctional Institutions and Parole Divisions.

DELIVERED: June 4, 2008

DO NOT PUBLISH